# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 14-cv-01202-WJM
Criminal Action No. 12-cr-00242-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.  JAIME MORENO-LOPEZ**,

    Defendant.

## ORDER

After preliminary consideration of the defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 845), it is now

ORDERED that the United States Attorney on or before May 28, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated this 30th day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge