**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 12-cr-00242-WJM
Civil Case No.  14-cv-01202-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    JAIME MORENO-LOPEZ,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Defendant's Motion To Vacate, Set Aside, Or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 978) of Judge William J. Martínez, entered December 4, 2014, it is

ORDERED that Defendant's Motion To Vacate, Set Aside, Or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 978) is DENIED.

Dated this 5th day of December, 2014.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:   s/Deborah Hansen
    Deborah Hansen, Deputy Clerk